FILED by **KS** D.C.

**Sep 29, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 21-20491-CR-SCOLA/GOODMAN

CASE NO. _____

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

**CHRISTOPHER SALERMO,**
    **a/k/a "Lermo,"**
**RENE RIPES III,**
    **a/k/a "Shrimp,"**
    **a/k/a "YoungBull,"**
**CARLO LUVARA ESCOBAR,**
    **a/k/a "Ciroc,"**
**CLIFTON TAYLOR, Jr.,**
**EDWIN CASTILLO,**
**JOHN ANTHONY PEREZ,**
**ANA FIGUEROA,**
    **a/k/a "Anita," and**
**BRANDON COOPER,**

      **Defendants.**
_____ /

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     Bank 1 is a financial institution with offices located in the state of Florida whose accounts are insured by the Federal Deposit Insurance Corporation ("FDIC").

2.     Company 1 is incorporated in City of Galax, Virginia.

3.     Individual 1 resided in City of Galax, Virginia, and was a signatory of Company 1 bank account at Bank 1.

4.     Company 2 is incorporated in Broward County, Florida.

5.     Individual 2 resided in Miami-Dade County, Florida, and was a signatory of Company 2 bank account at Bank 1.

6.     Company 3 is located in Palm Beach County, Florida.

7.     Individual 3 resided in Palm Beach County, Florida, and was a signatory of Company 3 bank account at Bank 1.

8.     Company 4 is located in Saint Lucie County, Florida.

9.     Individual 4 resided in Saint Lucie County, Florida, and was a signatory of Company 4 bank account at Bank 1.

10.     Company 5 is located in Palm Beach County, Florida.

11.     Individual 5 resided in Palm Beach County, Florida, and was a signatory of Company 5 bank account at Bank 1.

12.     Company 6 is located in Palm Beach County, Florida.

13.     Individual 6 resided in Palm Beach County, Florida, and was a signatory of Company 6 bank account at Bank 1.

14.     Company 7 is located in Miami-Dade County.

15.     Individual 7 resided in Miami-Dade County, Florida, and was a signatory of Company 7 bank account at Bank 1.

16.     Company 8 is located in Miami-Dade County, Florida.

17.     Individual 8 resided in Miami-Dade County, Florida, and was a signatory of Company 8 bank account at Bank 1.

18.     The defendant, **CHRISTOPHER SALERMO, a/k/a "Lermo,"** was a resident of Miami-Dade County, Florida.

19.     The defendant, **RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull,"** was a resident of Miami-Dade County, Florida.

20.     The defendant, **CARLO LUVARA ESCOBAR, a/k/a "Ciroc,"** was a resident of Miami-Dade County, Florida.

21.     The defendant, **CLIFTON TAYLOR, Jr.,** was a resident of Miami-Dade County, Florida.

22.     The defendant, **EDWIN CASTILLO,** was a resident of Miami-Dade County, Florida.

23.     The defendant, **JOHN ANTHONY PEREZ,** was a resident of Miami-Dade County, Florida.

24.     The defendant, **ANA FIGUEROA, a/k/a "Anita,"** was a resident of Miami-Dade County, Florida.

25.     The defendant, **BRANDON COOPER,** was a resident of Miami-Dade County, Florida.

### COUNT 1
### Conspiracy to Commit Bank Fraud
### (18 U.S.C. § 1349)

1.     Paragraphs 1 through 25 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.     Beginning in or around January 2019, and continuing through on or about July 29, 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER SALERMO,**
a/k/a "Lermo,"
**RENE RIPES III,**
a/k/a "Shrimp,"
a/k/a "YoungBull,"
**CARLO LUVARA ESCOBAR,**
a/k/a "Ciroc,"
**CLIFTON TAYLOR, Jr.,**
**EDWIN CASTILLO,**
**JOHN ANTHONY PEREZ,**
**ANA FIGUEROA,**
a/k/a "Anita," and
**BRANDON COOPER,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, and with intent to defraud, execute and cause the execution of a scheme and artifice to defraud one or more financial institutions, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute and cause the execution of a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

## PURPOSE AND OBJECT OF THE CONSPIRACY

3.     It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves and others by, among others things: (a) depositing false and fraudulent checks with stolen bank account and routing numbers from legitimate businesses and individuals into bank accounts that the defendants and their co-conspirators controlled; (b) forging victim signatures on the false and fraudulent checks; (c) withdrawing the funds from those accounts after the false and fraudulent checks cleared, but before the financial institutions discovered the fraud; and (d) and using the illicit proceeds for their own personal gain.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

4.     **CHRISTOPHER SALERMO, a/k/a "Lermo," RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," CARLO LUVARA ESCOBAR, a/k/a "Ciroc," CLIFTON TAYLOR, Jr., EDWIN CASTILLO, JOHN ANTHONY PEREZ, ANA FIGUEROA, a/k/a "Anita," BRANDON COOPER** and other co-conspirators would illegally obtain bank account information, including account holder, routing number, and account number, for companies and individuals who had bank accounts at Bank 1, without the company's and individual's permission.

5.     **CHRISTOPHER SALERMO, a/k/a "Lermo," CARLO LUVARA ESCOBAR, a/k/a "Ciroc,"** and other co-conspirators would create false and fraudulent checks with the account holders' names imprinted on them, along with the stolen routing and bank account numbers from the account holders.

6.     **RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," ANA FIGUEROA, a/k/a "Anita," BRANDON COOPER** and other co-conspirators would recruit individuals to open bank accounts and allow the co-conspirators to use the bank accounts and recruit individuals to allow the co-conspirators to use their existing bank account in the Southern District of Florida.

7.     **CHRISTOPHER SALERMO, a/k/a "Lermo," RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," CARLO LUVARA ESCOBAR, a/k/a "Ciroc," CLIFTON TAYLOR, Jr., EDWIN CASTILLO, JOHN ANTHONY PEREZ, ANA FIGUEROA, a/k/a "Anita," BRANDON COOPER** and other co-conspirators would forge the individuals' signatures on the false and fraudulent checks containing the account holders' names and the stolen routing and bank account numbers.

8.      **CHRISTOPHER SALERMO, a/k/a "Lermo," RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," CARLO LUVARA ESCOBAR, a/k/a "Ciroc," CLIFTON TAYLOR, Jr., EDWIN CASTILLO, JOHN ANTHONY PEREZ, ANA FIGUEROA, a/k/a "Anita," BRANDON COOPER** and other co-conspirators would deposit the false and fraudulent checks into bank accounts that the defendants and their co-conspirators controlled.

9.      **CHRISTOPHER SALERMO, a/k/a "Lermo," RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," CARLO LUVARA ESCOBAR, a/k/a "Ciroc," CLIFTON TAYLOR, Jr., EDWIN CASTILLO, JOHN ANTHONY PEREZ, ANA FIGUEROA, a/k/a "Anita," BRANDON COOPER** and other co-conspirators would withdraw the proceeds of the false and fraudulent checks from the bank accounts, and otherwise use the proceeds of the false and fraudulent checks, for their own benefit and the benefit of others.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-10
### Bank Fraud
### (18 U.S.C § 1344)

1.      Paragraphs 1 through 25 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.      Beginning on or about January 2019, through on or about July 29, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants as specified in each count below did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, including Bank 1, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of one or

more financial institutions by means of materially false and fraudulently pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

## PURPOSE AND OBJECT OF THE SCHEME AND ARTIFICE

3.    It was the purpose and object of the scheme and artifice for the defendants and their co-conspirators to unlawfully enrich themselves, and others, by, among others things: (a) depositing false and fraudulent checks with stolen bank account and routing numbers from legitimate businesses and individuals into bank accounts that the defendants and their co-conspirators controlled; (b) forging victim signatures on the false and fraudulent checks; (c) withdrawing the funds from those accounts after the false and fraudulent checks cleared, but before the financial institutions discovered the fraud; and (d) and using the illicit proceeds for their own personal gain.

## MANNER AND MEANS OF THE SCHEME AND ARTIFICE

4.    Paragraphs 4 through 9 of the Manner and Means Section from Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

## EXECUTION OF THE SCHEME AND ARTIFICE

5.    On or about the dates and for the defendants specified in each Count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants did execute, and attempt to execute, and cause the execution of, the above-described scheme and artifice to defraud, as set forth below:

| Count | Defendant(s) | Approximate Date | Execution |
|---|---|---|---|
| 2 | CLIFTON TAYLOR, Jr. | January 24, 2019 | Deposited a check with Company 1's stolen routing and account number on it in the amount of approximately $5201.23, into a Bank 1 account ending in 9892. |
| 3 | CLIFTON TAYLOR, Jr. | January 24, 2019 | Deposited a check with Company 2's stolen routing and account number on it in the amount of approximately $5,205.32, into a Bank 1 account ending in 6746. |
| 4 | CARLO LUVARA ESCOBAR, a/k/a "Ciroc" | January 31, 2019 | Deposited a check with Company 3's stolen routing and account number on it in the amount of approximately $5,201.23, into a Bank 1 account ending in 6599. |
| 5 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | June 6, 2019 | Deposited a check with Company 4's stolen routing and account number on it in the amount of approximately $4,235.24, into a Bank 1 account ending in 5592. |
| 6 | CLIFTON TAYLOR, Jr. | June 6, 2019 | Deposited a check with Company 4's stolen routing and account number on it in the amount of approximately $5,802.31, into a Bank 1 account ending in 2098. |
| 7 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," and EDWIN CASTILLO | June 6, 2019 | Deposited a check with Company 5's stolen routing and account number on it in the amount of approximately $6,402.21, into a Bank 1 account ending in 3083. |

| Count | Defendant(s) | Approximate Date | Execution |
|---|---|---|---|
| 8 | JOHN ANTHONY PEREZ | June 27, 2019 | Deposited a check with Company 6's stolen routing and account number on it in the amount of approximately $5,353.63, into a Bank 1 account ending in 7833. |
| 9 | JOHN ANTHONY PEREZ | July 12, 2019 | Deposited a check with Company 7's stolen routing and account number on it in the amount of approximately $5,245.25, into a Bank 1 account ending in 8487. |
| 10 | EDWIN CASTILLO | July 25, 2019 | Deposited a check with Company 8's stolen routing and account number on it in the amount of approximately $5,503.23, into a Bank 1 account ending in 1069. |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and Section 2.

**COUNTS 11-19**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

2.      Paragraphs 1 through 25 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

3.      On or about the dates and for the defendants specified in each Count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, during and in relation to a felony violation of Title 18, United States Code, Section 1344, that is, knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to defraud one or more financial institutions, which scheme and artifice employed a material falsehood, and knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to obtain any of the moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of

materially false and fraudulent pretenses, representations, and promises relating to a material fact,

as charged in Counts 2 through 10, the defendant did knowingly possess and use, without lawful

authority, the means of identification of individuals, as set forth below:

| Count | Defendant | Approximate Date | Means of Identification |
|---|---|---|---|
| 11 | CLIFTON TAYLOR, Jr. | January 24, 2019 | Name and signature of Individual 1 |
| 12 | CLIFTON TAYLOR, Jr. | January 24, 2019 | Name and signature of Individual 2 |
| 13 | CARLO LUVARA ESCOBAR, a/k/a "Ciroc" | January 31, 2019 | Name and signature of Individual 3 |
| 14 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | June 6, 2019 | Name and signature of Individual 4 |
| 15 | CLIFTON TAYLOR, Jr. | June 6, 2019 | Name and signature of Individual 4 |
| 16 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," and EDWIN CASTILLO | June 6, 2019 | Name and signature of Individual 5 |
| 17 | JOHN ANTHONY PEREZ | June 27, 2019 | Name and signature of Individual 6 |
| 18 | JOHN ANTHONY PEREZ | July 12, 2019 | Name and signature of Individual 7 |
| 19 | EDWIN CASTILLO | July 25, 2019 | Name and signature of Individual 8 |

In violation of Title 18, United States Code, Sections 1028A(a)(l) and 2.

## COUNT 20
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1.    Paragraphs 1 through 25 of the General Allegations section of this Indictment and paragraphs 4 through 9 of the Manner and Means section from Count 1 of this Indictment are re-alleged and incorporated fully herein by reference.

2.    Beginning on or about January 24, 2019, and continuing through on or about July 29, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER SALERMO,**
**a/k/a "Lermo,"**
**RENE RIPES III,**
**a/k/a "Shrimp,"**
**a/k/a "YoungBull,"**
**CARLO LUVARA ESCOBAR,**
**a/k/a "Ciroc,"**
**CLIFTON TAYLOR, Jr.,**
**EDWIN CASTILLO,**
**JOHN ANTHONY PEREZ,**
**ANA FIGUEROA,**
**a/k/a "Anita," and**
**BRANDON COOPER,**

did knowingly and voluntarily combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly conduct a financial transaction affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit bank fraud and bank fraud, in violation of Title 18, United States Code, Sections 1349 and 1344.

All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS 21-30**
**Money Laundering**
**(18 U.S.C. § 1956(a)(1)(B)(i))**

4.     Paragraphs 1 through 25 of the General Allegations section of this Indictment and paragraphs 4 through 9 of the Manner and Means section from Count 1 of this Indictment are re-alleged and incorporated fully herein by reference.

5.     On or about the dates and for the defendants specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, as set forth below:

| Count | Defendant(s) | Approximate Date | Execution |
|---|---|---|---|
| 21 | **CLIFTON TAYLOR, Jr.** | January 25, 2019 | Withdrew $310.00 in cash from a bank account ending in 6746. |
| 22 | **CLIFTON TAYLOR, Jr.** | January 25, 2019 | Withdrew $1,000.00 in cash from a bank account ending in 6746. |
| 23 | **RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull,"** | February 23, 2019 | Withdrew $300.00 in cash from a bank account ending in 7179. |
| 24 | **RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull,"** | February 24, 2019 | Withdrew $300.00 in cash from a Bank 1 bank account ending in 7179. |

| Count | Defendant(s) | Approximate Date | Execution |
|---|---|---|---|
| 25 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | February 25, 2019 | Withdrew $300.00 in cash from a bank account ending in 7179. |
| 26 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | June 8, 2019 | Withdrew $300.00 in cash from a bank account ending in 5592. |
| 27 | CHRISTOPHER SALERMO, a/k/a "Lermo," | June 9, 2019 | Withdrew $300.00 in cash from a bank account ending in 5592. |
| 28 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | June 28, 2019 | Withdrew $1,000.00 in cash from a bank account ending in 7833. |
| 29 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | July 28, 2019 | Withdrew $300.00 in cash from a bank account ending in 1069. |
| 30 | RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," | July 29, 2019 | Withdrew $300.00 in cash from a bank account ending in 1069. |

It is further alleged that the specified unlawful activity is conspiracy to commit bank fraud and bank fraud, in violation of Title 18, United States Code, Sections 1349 and 1344.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **CHRISTOPHER SALERMO, a/k/a "Lermo," RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull," CARLO LUVARA ESCOBAR, a/k/a "Ciroc," CLIFTON TAYLOR, Jr., EDWIN CASTILLO, JOHN ANTHONY PEREZ, ANA FIGUEROA, a/k/a "Anita," and BRANDON COOPER** have an interest.

2.      Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property

13

constituting, or derived from, proceeds the convicted defendant obtained, directly or indirectly, as the result of such violation.

3.     Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such violation, or any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 982(a)(1) and (a)(2), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER SALERMO et al.,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

**Court Division:** (Select One)

☑ Miami  ☐ Key West  ☐ FTL
☐ WPB   ☐ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,

   Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**

4. This case will take ___8___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   |     |              |     |
   | --- | ------------ | --- |
   | I   | 0 to 5 days  | ☐   |
   | II  | 6 to 10 days | ☑   |
   | III | 11 to 20 days | ☐  |
   | IV  | 21 to 60 days | ☐  |
   | V   | 61 days and over | ☐ |

   (Check only one)

   |             |     |
   | ----------- | --- |
   | Petty       | ☐   |
   | Minor       | ☐   |
   | Misdemeanor | ☐   |
   | Felony      | ☑   |

6. Has this case previously been filed in this District Court? (Yes or No) **No**

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No**

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
KURT K. LUNKENHEIMER
Assistant United States Attorney
Court ID No.      A5501535

*Penalty Sheet(s) attached

REV 3/19/21

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>CHRISTOPHER SALERMO, a/k/a "Lermo"</u>

Count #: 1

<u>Conspiracy to Commit Bank Fraud</u>

<u>Title 18, United States Code, Section 1349</u>

**\*Max. Penalty:** 30 Years' Imprisonment

Count # 20

<u>Conspiracy to Commit Money Laundering</u>

<u>Title 18, United States Code, Section 1956(h)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 27

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956(a)(1)(B)(i)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull"

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 5 and 7

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 14 and 16

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

# PENALTY SHEET

**Defendant's Name**: <u>RENE RIPES III, a/k/a "Shrimp," a/k/a "YoungBull"</u>

Counts #: 23-26 and 28-30

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956(a)(1)(B)(i)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: CARLO LUVARA ESCOBAR, a/k/a "Ciroc"

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 4

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 13

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: CLIFTON TAYLOR, JR.

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 2, 3, and 6

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 11, 12, and 15

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**PENALTY SHEET**

**Defendant's Name:** <u>CLIFTON TAYLOR, JR.</u>

Counts #: 21-22

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956(a)(1)(B)(i)</u>

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** EDWIN CASTILLO

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 7 and 10

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 16 and 19

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JOHN ANTHONY PEREZ

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 8-9

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 17-18

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ANA FIGUEROA, a/k/a "Anita"

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** BRANDON COOPER

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 20

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**